No. 71–1231. PACE *v.* PACE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–1236. ALABAMA *v.* RENNOW; and

No. 71–6263. RENNOW *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. Reported below: 47 Ala. App. 419, 255 So. 2d 602.

No. 71–1357. REYNOLDS *v.* UNITED STATES; and

No. 71–1358. STAMP *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 147 U. S. App. D. C. 340, 458 F. 2d 759.

No. 71–1360. KABINTO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–1373. LACOB *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–1376. GEOGHEGAN & MATHIS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 71–1378. INTERCONTINENTAL INDUSTRIES, INC. *v.* AMERICAN STOCK EXCHANGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–1382. SCHROUD *v.* MILWAUKEE COUNTY DEPARTMENT OF PUBLIC WELFARE. Sup. Ct. Wis. Certiorari denied.

No. 71–1387. HIKEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–1390. BENTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1391. SMITH, WARDEN *v.* HIATT. C. A. 5th Cir. Certiorari denied.